2

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Defendant, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Plaintiff<br><br>v.<br><br>BERNADETTE TORREZ,<br><br>    Defendant. | CASE NO. 17-13797<br><br>Chapter 9<br><br>Adv. No.: 18-01032<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(i)**<br><br>Date:    N/A<br>Time:    N/A<br>Place:   2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:  Honorable René Lastreto II |

///

///

///

Tulare Local Healthcare District, dba Tulare Regional Medical Center, Plaintiff in the above captioned adversary proceeding ("Adversary Proceeding"), hereby gives notice of dismissal of the Adversary Proceeding pursuant to F.R.B.P. 7041 and F.R.C.P. § 41(a)(1)(A)(i).

Dated: June 20, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle Bethel
Danielle J. Bethel, Attorneys for Defendant, Tulare Local Healthcare District, dba Tulare Regional Medical Center