FORM L19 Notice of Entry of Order/Judgment in an Adversary Proceeding (v.9.14)  18–01032 – B

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Tulare Local Healthcare District<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>17–13797 – B – 9 |
| Tulare Local Healthcare District<br><br>Plaintiff(s),<br><br>v.<br><br>Bernadette Torrez<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>18–01032 – B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on June 21, 2018. The document number and docket text for this order/judgment are set forth below.

    **[6] – Notice of Dismissal (mgrs)**

Dated:  
6/21/18

For the Court,  
Wayne Blackwelder , Clerk